UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

CIVIL ACTION NO. 0:24-CV-00004                 ELECTRONICALLY FILED

JOSEPH FRANCIS SMITH                                       PLAINTIFF

v.          **RESPONSE TO PLAINTIFF'S MOTION IN LIMINE**

EASTERN KENTUCKY CORRECTIONAL                  DEFENDANTS
COMPLEX, *et al.,*

---

       Come Defendants Eastern Kentucky Correctional Complex, Coty Fields, Allan Dube, Joshua Adams, and Rosetta Spears, by counsel, and submits the following response in opposition to Plaintiff's Motion in Limine (DN 52):

       Pending before the Court is Plaintiff's Motion in Limine requesting that the Court "rul[e] in advance on the admissibility of defendants' evidence, witness testimony, and expert testimony." (DN 52). Plaintiff's Motion in Limine should be denied because it fails to address any specific witness, witness testimony, or evidence.

       Historically, a Motion in Limine allows the Court to rule on the admissibility of evidence before trial. However, to rule on the admissibility of evidence, the Court must know what evidence is being challenged. As the court explained in *Sperberg v. Goodyear Tire & Rubber Co.*, 519 F.2d 708, 712 (6th Cir. 1975), "orders in limine which exclude broad categories of evidence should rarely be employed." Here, Plaintiff seeks exclusion of a very broad category of evidence, seeking a ruling on the admissibility of evidence and testimony, without identifying the evidence or the witnesses at issue. With the failure to identify the testimony or evidence at issue, there is no

indication that "defendants' evidence, witness testimony, and expert testimony" is admissible or inadmissible and a motion in limine is not appropriate.

WHEREFORE based on the foregoing, Defendants respectfully request that the Court deny Plaintiff's Motion in Limine.

Respectfully submitted,

/s/ Angela T. Dunham

Angela T. Dunham, Deputy General Counsel
Edward A. Baylous, II, Asst. General Counsel
Justice & Public Safety Cabinet
Office of Legal Services
125 Holmes Street, Second Floor
Frankfort, Kentucky 40601
Telephone: (502) 564-3279
Fax: (502) 564-7554
Angela.dunham@ky.gov
Edward.baylous@ky.gov
Counsel for Defendants

CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2025, I electronically filed this document with the Court by using the CM/ECF system, and mailed a copy, first class postage prepaid to the Plaintiff at the following address:

Joseph Francis Smith, #291384
Kentucky State Penitentiary
266 Water Street
Eddyville, KY 42038

/s/ Angela T. Dunham

Counsel for Defendants

Case: 0:24-cv-00004-DLB-EBA  Doc #: 58  Filed: 04/16/25  Page: 3 of 3 - Page ID#: 417