UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

CIVIL ACTION NO. 24-4-DLB-EBA

JOSEPH FRANCIS SMITH                                                                    PLAINTIFF

v.                                                          ORDER

EASTERN KENTUCKY
CORRECTIONAL COMPLEX, et al.                                                  DEFENDANTS

\*\*\*  \*\*\*  \*\*\*  \*\*\*  \*\*\*  \*\*\*

This matter is before the Court upon the Report and Recommendation ("R&R") of United States Magistrate Judge Edward Atkins (Doc. # 103), wherein he recommends that the Plaintiff's Motion for Summary Judgment (Doc. # 86) be denied. No objections have been filed, and the time to do so has expired. The Court having reviewed the R&R, concluding that it is sound in all respects, and being otherwise sufficiently advised, **ORDERS** as follows:

(1)   The Magistrate Judge's Report and Recommendation ("R&R") (Doc. # 103), is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court; and

(2)   Plaintiff's Motion for Summary Judgment (Doc. # 86) is **DENIED**.

This 3rd day of March, 2026.



Signed By:
David L. Bunning
Chief United States District Judge

G:\Judge-DLB\DATA\ORDERS\Ashland Civil\2024\24-4 Order Adopting R&R DE 86.docx